**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 09-22945-CIV-GRAHAM/WHITE

JOSHUA C. DANCHAK,

    Plaintiff,

vs.

MIAMI DADE COUNTY
CORRECTIONS, ET AL,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the Report of the Magistrate Judge regarding Defendant Ryan's Motion for Judgment on the pleadings [D.E. 42].

**THIS MATTER** was initiated when pro se Plaintiff filed a civil rights action under 42 U.S.C. § 1983, claiming that his rights were violated when, while confined in the Metro West Detention Center on or about July, 2007, he was assaulted by another inmate. The Magistrate Judge conducted an initial screening pursuant to 28 U.S.C. § 1915 and determined that the allegations in the complaint were sufficient to state a claim which is cognizable under §1983 for endangerment. However, Plaintiff failed to name a specific defendant, and identified the deputy as Jane Doe. The case proceeded against Timothy Ryan solely for the purpose of obtaining discovery from him as to the identity of the Correctional Officer Jane Doe. Plaintiff has failed to provide the Court with the name

of the defendant other than Jane Doe. The Magistrate Judge now recommends that Ryan's Motion be granted and that this case be closed. The Plaintiff did not file timely objections to the Magistrate Judge's Report.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report [D.E. 47] is **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Defendant Ryan's Motion for Judgment on the pleadings [D.E. 42] is **GRANTED**. It is further

**ORDERED AND ADJUDGED** that if the plaintiff can provide the Court with the identity of Officer Jane Doe, the claim of endangerment shall proceed against her. It is further

**ORDERED AND ADJUDGED** that the Plaintiff's Complaint [D.E. 1] is **DISMISSED** and that this case is **CLOSED** and any pending motions are denied as **MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of December, 2010.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge White
      Joshua C. Danchak, Pro Se
      All Counsel of Record